# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| No. 14-7148 | September Term, 2014 |
| | 1:12-cv-00664-ABJ |
| | Filed On: January 20, 2015 [1533056] |

Patricia A. Bell,

      Appellant

    v.

Elite Builders and HVAC Inc., et al.,

      Appellees

## O R D E R

Upon consideration of appellant's consent motion for extension of time to file its brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellant's Brief | January 23, 2015 |
| Appendix | January 23, 2015 |
| Appellees' Brief | February 25, 2015 |
| Appellant's Reply Brief | March 11, 2015 |

                        **FOR THE COURT:**
                        Mark J. Langer, Clerk

        BY:   /s/
                 Michael C. McGrail
                 Deputy Clerk